# United States Court of Appeals
# for the Fifth Circuit

_____

No. 25-50061
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
August 25, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Eduardo Holguin-Loya,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:24-CR-265-1

_____

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Eduardo Holguin-Loya has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Holguin-Loya has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50061

reflected therein.    We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.    *See* 5TH CIR. R. 42.2.